IN THE UNITED STATES DISTRICT COURT
<u>FOR THE WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

    Plaintiff,

 -v-                                         13-CV-00562-WMS

$11,308.00 UNITED STATES CURRENCY
and
$480.00 CANADIAN CURRENCY,

    Defendant.
_____

## **<u>DEFAULT JUDGMENT AND ORDER OF FORFEITURE</u>**

Upon the application of the plaintiff in this action pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing that all of the persons or entities known or thought to have an interest in or claim to the defendant currency having been given due notice of these proceedings, and no response to plaintiff's motion for default judgment having been filed, and after full and careful consideration of the plaintiff's motion, and all prior pleadings and proceeding in this matter, it is hereby

**ORDERED,** that this Judgment of Default be entered against the defendant currency; and it is hereby

**ORDERED**, that the defendant currency, $11,308.00 UNITED STATES CURRENCY and $480.00 CANADIAN CURRENCY, is hereby forfeited to the United States of America pursuant to Title 31, United States Code, Section 5317(c)(2) and it is further

**ORDERED**, that the United States Customs and Border Protection shall dispose of the defendant currency in accordance with law; and it is further

**ORDERED,** that any claims to the defendant currency are hereby forever barred.

SO ORDERED.

Dated: October 22, 2013
       Buffalo, NY

<u>William M. Skretny</u>
WILLIAM M. SKRETNY
Chief Judge
United States District Court